UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE: STEVEN WAYNE BONILLA

No. 2:23-cv-02194-TLN-KJN

No. 2:23-cv-02195-TLN-KJN

No. 2:23-cv-02196-TLN-KJN

No. 2:23-cv-02207-TLN-KJN

No. 2:23-cv-02208-TLN-KJN

No. 2:23-cv-02209-TLN-KJN

No. 2:23-cv-02210-TLN-KJN

No. 2:23-cv-02211-TLN-KJN

No. 2:23-cv-02212-TLN-KJN

No. 2:23-cv-02213-TLN-KJN

**ORDER**

Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions. On November 29, 2018, the Court declared Plaintiff a vexatious litigant and ordered the Clerk of the Court not to file or assign a civil case number to any proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in Alameda County. (*See Bonilla v. Fresno County*, Case No. 2:18-cv-2544-TLN-KJN, ECF No.

1

1 13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of

2 the Court to open a new case for each attempted new case pleading and assign it to Magistrate

3 Judge Kendall J. Newman for review.  (*Id.* at ECF No. 26).  If the Court determines the new filing

4 is related to Plaintiff's Alameda County criminal conviction, the case will be ordered dismissed

5 and closed.  (*Id.*)

6       The Court has reviewed the complaints/petitions filed in the above-captioned cases and

7 finds they are related to Plaintiff's Alameda County criminal conviction.[1]

8       Accordingly, the complaints/petitions in Case Nos. 2:23-cv-02194, 2:23-cv-02195, 2:23-

9 cv-02196, 2:23-cv-02207, 2:23-cv-02208, 2:23-cv-02209, 2:23-cv-02210, 2:23-cv-02211, 2:23-

10 cv-02212 and 2:23-cv-02213 are hereby DISMISSED.  The Clerk of the Court is directed to close

11 these cases.  No further filings will be accepted.

12       IT IS SO ORDERED.

13 DATED: November 16, 2023

14

15

16                                        Troy L. Nunley

17                                        United States District Judge

---

[1] The captions of the complaints/petitions filed in Case Nos. 2:23-cv-02207, 2:23-cv-02208, 2:23-cv-02209, 2:23-cv-02211, 2:23-cv-02212, and 2:23-cv-02213 erroneously identify the Kings County Superior Court.  The complaints/petitions in these cases are related to Plaintiff's Alameda County criminal conviction.  Accordingly, to the extent Plaintiff intended to raise the claims in these complaints/petitions in this Court, the complaints/petitions are dismissed pursuant to the Court's amended vexatious litigant Order.